# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE,<br><br>  Plaintiff,<br><br>v.<br><br>MEDICAL STAFF AT CSATF, et al.,<br><br>  Defendants. | CASE NO. 1:09-cv-00749-LJO-SMS PC<br><br>ORDER APPOINTING VOLUNTARY COUNSEL TO REPRESENT PLAINTIFF IN THIS ACTION |

Plaintiff Anthony Craig Huckabee, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 28, 2009.  The Court finds that appointment of counsel for Plaintiff is warranted.  Scot A. Ginther has been selected by random draw from the Court's pro bono attorney panel to represent Plaintiff and he has agreed to accept the appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Scot A. Ginther is appointed to represent Plaintiff in the above entitled matter;
2. Mr. Ginther shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment; and
3. The Clerk of the Court is directed to serve a copy of this order upon Scot A. Ginther, The Law Offices of Scot A. Ginther, 7600 North Ingram Avenue, Suite # 104, Fresno, California 93711.

IT IS SO ORDERED.

**Dated:   September 9, 2011**            /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

1