IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE, | 1:09-cv-00749-LJO-BAM (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | (ECF No. 21) |
| MEDICAL STAFF AT CSATF, et al., | SIXTY-DAY DEADLINE |
| Defendants. | |
| _____/ | |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 1, 2011, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted sixty (60) days from the date of service of this order in which to file an amended complaint.

    IT IS SO ORDERED.

Dated:   **December 5, 2011**           /s/ **Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE