# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE,<br><br>  Plaintiff,<br><br>  v.<br><br>MEDICAL STAFF at CSATF, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:09-cv-00749-LJO-BAM PC<br><br>ORDER REQUIRING DEFENSE COUNSEL TO FILE A STATUS REPORT<br><br>(ECF No. 21)<br><br>TEN-DAY DEADLINE |

  Plaintiff Anthony Craig Huckabee ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 9, 2011, an order issued appointing attorney Scot Ginther to represent Plaintiff in this action. An order requiring Plaintiff to either file an amended complaint or notify the court that he wished to proceed on the cognizable claims issued on September 29, 2011. On December 1, 2011, a motion for an extension of time was filed in which Mr. Ginther indicated that he was going to be withdrawing as counsel for Plaintiff. As of this date no motion to withdraw has been filed. Accordingly, within ten days from the date of service of this order, Mr. Ginther is ordered to file a status report regarding his representation of Plaintiff in this action.

  IT IS SO ORDERED.

  Dated:   **January 12, 2012**          /s/ **Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE

1