# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE, | CASE NO. 1:09-cv-00749-LJO-BAM PC |
| Plaintiff, | ORDER REQUIRING COUNSEL, SCOT GINTHER, TO FILE MOTION OR STATUS REPORT |
| v. | |
| MEDICAL STAFF at CSATF, et al., | (ECF No. 21) |
| Defendants. | ORDER VACATING ORDER REQUIRING DEFENSE COUNSEL TO FILE A STATUS REPORT |
| | (ECF No. 23) |
| / | TEN-DAY DEADLINE |

Plaintiff Anthony Craig Huckabee ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 9, 2011, an order issued appointing attorney Scot Ginther to represent Plaintiff in this action. An order requiring Plaintiff to either file an amended complaint or notify the court that he wished to proceed on the cognizable claims issued on September 29, 2011. On December 1, 2011, a motion for an extension of time was filed in which Mr. Ginther indicated that he was going to be withdrawing as counsel for Plaintiff. As of this date no motion to withdraw has been filed. On January 13, 2012, an order issued requiring Mr. Ginther to notify the court within ten days of the status of his representation of Plaintiff; however, the caption of the order was incorrect.

///

///

1    Accordingly, the order requiring defense counsel to file a status report, issued January 13,
2 2012, is VACATED.
3    Mr. Ginther is ORDERED to file either a motion to withdraw or a status report indicating
4 his intent to continue representation of Plaintiff in this action, within ten days from the date of
5 service of this order.  Failure to comply with this order may result in imposition of sanctions.
6    IT IS SO ORDERED.
7  **Dated:   January 31, 2012**           /s/ **Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE