# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDICAL STAFF at CSATF, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00749-LJO-BAM PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION AND APPOINTING COUNSEL<br><br>(ECF No. 24)<br><br>SIXTY DAY DEADLINE |

Plaintiff Anthony Craig Huckabee ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The court found that appointment of counsel for plaintiff was warranted. On September 12, 2011, Scot A. Ginther was selected from the court's pro bono attorney panel to represent plaintiff. (ECF No. 18). On January 24, 2012, plaintiff filed a motion for appointment of new counsel. (ECF No. 24.) On February 10, 2012, Mr. Ginther filed a motion to withdraw as attorney for plaintiff. (ECF No. 28.) The motion was granted and this action was stayed pending appointment of new counsel on February 14, 2012. (ECF No. 29). The court has determined the appointment of counsel is still warranted. Hadi-Ty ("Ty") Kharazi and Leah Tuisavalalo have been selected from the court's pro bono panel to represent plaintiff and they have accepted the appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for appointment of counsel, filed January 24, 2012, is GRANTED;
2. Ty Kharazi and Leah Tuisavalalo are appointed counsel in the above entitled matter and should contact Sujean Park at (916) 930-4278 or via email at

        spark@caed.uscourts.gov if they have any questions related to the appointment;

3.    The stay of this action imposed on February 14, 2012, is LIFTED;

4.    Within sixty days from the date of service of this order, Plaintiff shall either:

    a.    File an amended complaint; or

    b.    Notify the Court that he wishes to proceed only against Defendants Wu and McGuiness on the claims found to be cognizable in the order issued September 29, 2011; and

5.    The Clerk of the Court is directed to serve a copy of this order upon Ty Kharazi and Leah Tuisavalalo, Yarra Kharazi & Associates, 1250 Fulton Mall, Suite 202, Fresno, California 93721.

IT IS SO ORDERED.

Dated:   **June 27, 2012**                                  **/s/ Barbara A. McAuliffe**
                                                                           UNITED STATES MAGISTRATE JUDGE