# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE, | CASE NO. 1:09-cv-00749-LJO-BAM PC |
| Plaintiff, | ORDER GRANTING JOINT REQUEST FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE |
| v. | |
| MEDICAL STAFF at CSATF, et al., | (ECF No. 44) |
| Defendants. | |

Plaintiff Anthony Craig Huckabee ("Plaintiff") is a state prisoner represented by appointed counsel in this civil rights action pursuant to 42 U.S.C. § 1983. On September 10, 2012, the Court set a mandatory scheduling conference for February 20, 2013, at 10:00 a.m. before the undersigned. (ECF No. 38.) On January 24, 2013, Plaintiff and Defendants Bhatt, Diaz, Nguyen and Wu filed a joint request to continue the mandatory scheduling conference due to Defendants' pending motion to dismiss. (ECF No. 44.) The parties explain that a ruling on the motion to dismiss may affect the issues that remain in this matter and the contents of the joint scheduling report. In the interest of judicial economy, the parties seek a sixty-day continuance.

Good cause appearing, the parties' request to continue the mandatory scheduling conference is GRANTED. The Mandatory Scheduling Conference is continued to **April 18, 2013**, at **10:00 a.m.** in Courtroom 8 before the undersigned.

IT IS SO ORDERED.

Dated: January 29, 2013           /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE

1