UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEDICAL STAFF at CSATF, et al.,<br><br>　　　　Defendants. | Case No.: 1:09-cv-00749-LJO-BAM PC<br><br>ORDER GRANTING JOINT REQUEST FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 51) |

　　　　Plaintiff Anthony Craig Huckabee ("Plaintiff") is a state prisoner represented by appointed counsel in this civil rights action pursuant to 42 U.S.C. § 1983. On March 26, 2013, the Court continued the mandatory scheduling conference to July 17, 2013. Thereafter, on May 21, 2013, the parties filed a joint request to continue the mandatory scheduling conference because of Defendants' pending motion to dismiss. In the interest of judicial economy, the parties ask that the scheduling conference be continued until sixty days after final disposition of the pending motion to dismiss.[1]

/////

/////

/////

/////

---

[1] After defendants filed their joint request for continuance, Defendant Garcia filed a motion to dismiss on May 30, 2013. Defendant Garcia's motion to dismiss also is pending before the Court. (ECF No. 52.)

1

1  Good cause appearing, the Mandatory Scheduling Conference is continued until sixty days
2  after final disposition of all pending motions to dismiss.

4  IT IS SO ORDERED.

   Dated:   **June 4, 2013**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE