JAMES R. KIRBY II, SBN 088911
**SEGAL & KIRBY LLP**
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 441-0886
jkirby@segalandkiby.com

Attorneys for Defendant
JEFFREY GARCIA, O.D.,
sued as DR. GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE, | CASE NO. 1:09-cv-00749-LJO-BAM |
| Plaintiff, | **STIPULATION RE FILING OF AMENDED MOTION TO DISMISS AND PROPOSED ORDER** |
| vs. | |
| RALPH M. DIAZ, et al. | |
| Defendants. | Magistrate Judge: Barbara A. McAuliffe |

After reviewing Plaintiff's opposition to the motion to dismiss filed by Defendant Jeffrey Garcia, O.D. (sued as Dr. Garcia), counsel for Dr. Garcia discovered errors he made in the original motion.  To correct those errors, counsel for Dr. Garcia requires additional time to obtain and present accurate facts to the Court, namely records from the California Board of Optometry.

Counsel for Plaintiff is withdrawing from representation of plaintiff.  To avoid potential prejudice to Plaintiff, the parties agree Dr. Garcia's corrected motion to dismiss should not be filed until ten days after the Court addresses the request to withdraw by counsel for Plaintiff (subject to further order of the Court).

Accordingly, the parties stipulate that Dr. Garcia's motion to dismiss filed on May 13, 2013 (Docket ##52 & 53) may be withdrawn and re-filed as corrected ten days after the Court rules on the request to withdraw by counsel for Plaintiff.

SO STIPULATED:

Dated: June 25, 2013     **SEGAL & KIRBY LLP**

By:/s/ James R. Kirby II
JAMES R. KIRBY II
Attorneys for Defendant Jeffrey Garcia, O.D.
(sued as Dr. Garcia)

Dated: June 25, 2013     **YARRA, KHARAZI & ASSOCIATES**

By:/s/ H. Ty Kharazi
H. TY KHARAZI
Attorneys for Plaintiff
Anthony Craig Huckabee

## ORDER

For good cause shown, the stipulation to permit withdrawal of Dr. Garcia's motion to dismiss and filing of a corrected motion ten days after the Court rules on the request to withdraw by Plaintiff's counsel is granted.

IT IS SO ORDERED.

Dated: **July 5, 2013**     /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE