1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE,<br><br>           Plaintiff,<br><br>   v.<br><br>MEDICAL STAFF at CSATF, et al.,<br><br>           Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:09-cv-00749-LJO-BAM PC<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT RENEWED REQUEST FOR APPOINTMENT OF COUNSEL<br><br>THIRTY-DAY DEADLINE |

Plaintiff Anthony Craig Huckabee ("Plaintiff") is a state prisoner represented by appointed counsel in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 26, 2013, the Court granted appointed counsel's motion to withdraw and substituted Plaintiff in pro se.  As discussed at the hearing on the motion, if Plaintiff seeks the appointment of new counsel, then he must submit a written request that describes the specific reasons why he currently believes that the appointment of voluntary counsel is warranted.  Accordingly, Plaintiff SHALL FILE a motion for the appointment of counsel, or a statement that he does not request the appointment of counsel, within thirty (30) days from the date of this order.

IT IS SO ORDERED.

Dated:   **July 26, 2013**        /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE

1