UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL STAFF at CSATF, et al.,<br><br>Defendants. | Case No.: 1:09-cv-00749-LJO-BAM PC<br><br>ORDER DIRECTING COUNSEL TO PROVIDE STATUS OF PLAINTIFF'S FILE<br><br>**SEVEN-DAY DEADLINE** |

    Plaintiff Anthony Craig Huckabee ("Plaintiff"), a state prisoner, initiated this civil rights action pursuant to 42 U.S.C. § 1983 on April 28, 2009. On July 26, 2013, the Court granted the motion of Hadi Ty Kharazi, Nathan K. Brown and the attorneys of Yarra, Kharazi & Clason to withdraw as counsel for Plaintiff. (ECF No. 64.) Plaintiff now proceeds pro se in this matter.

    On September 6, 2013, Plaintiff requested an extension of time to file objections to Findings and Recommendations issued by the Court on August 21, 2013. As part of his request, Plaintiff explained that he could not file objections or otherwise proceed in this action until he received a complete copy of his case file from former counsel, Mssrs. Kharazi and Brown, and the attorneys of Yarra, Kharazi & Clason. (ECF No. 81.)

    In order to address Plaintiff's motion, and to ensure this matter proceeds without undue delay, the Court finds it appropriate to obtain information regarding the status of Plaintiff's case file. Accordingly, Plaintiff's former counsel is directed to provide a report to this Court regarding the status

of Plaintiff's case file and records within seven (7) days from the date of this order.  The Clerk of the Court is requested to electronically serve a copy of this order on Hadi Ty Kharazi, Nathan K. Brown and the law office of Yarra, Kharazi & Clason.

IT IS SO ORDERED.

    Dated:   **September 12, 2013**          /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE