1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9        **EASTERN DISTRICT OF CALIFORNIA**
10

11    ANTHONY CRAIG HUCKABEE,              )    Case No.: 1:09-cv-00749-LJO-BAM PC
                                           )
12               Plaintiff,                )    ORDER DIRECTING COUNSEL TO PROVIDE
                                           )    STATUS OF PLAINTIFF'S FILE
13          v.                             )
                                           )
14    MEDICAL STAFF at CSATF, et al.,      )
                                           )    **SEVEN-DAY DEADLINE**
15               Defendants.               )
                                           )
16    _____  )

17         Plaintiff Anthony Craig Huckabee ("Plaintiff"), a state prisoner, initiated this civil rights action

18    pursuant to 42 U.S.C. § 1983 on April 28, 2009.  On July 26, 2013, the Court granted the motion of

19    Hadi Ty Kharazi, Nathan K. Brown and the attorneys of Yarra, Kharazi & Clason to withdraw as

20    counsel for Plaintiff.  (ECF No. 64.)  Plaintiff now proceeds pro se in this matter.

21         On September 6, 2013, Plaintiff requested an extension of time to file objections to Findings

22    and Recommendations issued by the Court on August 21, 2013.  As part of his request, Plaintiff

23    explained that he could not file objections or otherwise proceed in this action until he received a

24    complete copy of his case file from former counsel, Mssrs. Kharazi and Brown, and the attorneys of

25    Yarra, Kharazi & Clason.  (ECF No. 81.)

26         In order to address Plaintiff's motion, and to ensure this matter proceeds without undue delay,

27    the Court finds it appropriate to obtain information regarding the status of Plaintiff's case file.

28    Accordingly, Plaintiff's former counsel is directed to provide a report to this Court regarding the status

                                           1

of Plaintiff's case file and records within seven (7) days from the date of this order.  The Clerk of the

Court is requested to electronically serve a copy of this order on Hadi Ty Kharazi, Nathan K. Brown

and the law office of Yarra, Kharazi & Clason.


IT IS SO ORDERED.

    Dated:   **September 12, 2013**            /s/ *Barbara A. McAuliffe*

                                         UNITED STATES MAGISTRATE JUDGE