UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE,<br><br>  Plaintiff,<br><br>  v.<br><br>MEDICAL STAFF at CSATF, et al.,<br><br>  Defendants. | Case No.: 1:09-cv-00749-LJO-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRODUCTION OF DOCUMENTS PREVIOUSLY PREPARED BY COURT-APPOINTED COUNSEL<br>(ECF No. 105) |

Plaintiff Anthony Craig Huckabee ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, initiated this civil rights action pursuant to 42 U.S.C. § 1983 on April 28, 2009.  This action proceeds on Plaintiff's second amended complaint, filed on August 21, 2012, for deliberate indifference to a serious medical need in violation of the Eighth Amendment against Defendants McGuiness, Wu, Nguyen, Garcia, Jimenez, Jeffreys, Chief Medical Officer at CSATF, and Chief Pharmacist at CSATF.

On September 13, 2013, the Court directed Plaintiff's former counsel, Mr. Ty Kharazi and the law firm of Yarra, Kharazi & Clason, to provide the Court with information regarding the status of Plaintiff's legal file.  (ECF No. 83.)

On September 20, 2013, Mr. Kharazi filed a declaration which stated, under penalty of perjury, that Mr. Kharazi's office mailed Plaintiff a complete copy of all documents filed in this matter, a copy of all medical records obtained on behalf of Plaintiff, information regarding service of process, and a

detailed explanation of work done in this case on August 29, 2013.  The declaration further stated that Mr. Kharazi's office had no other documents in its possession.  (ECF No. 85.)

On September 20, 2013, Plaintiff filed an ex parte request for an order compelling his former court-appointed counsel to return the remainder of his legal file.  (ECF No. 86.)  On September 23, 2013, the Court denied the motion based on the response received from Mr. Kharazi.  (ECF No. 87.)

On December 26, 2013, Plaintiff filed the instant motion for production of documents previously prepared by his court-appointed counsel.  Plaintiff itemizes certain items, extracted from a billing statement, that are purportedly in the possession of Plaintiff's former counsel.  (ECF No. 105.)

At this time, the Court declines to intervene or to order production of documents reportedly in the possession of Plaintiff's former counsel.  Plaintiff has made no showing that he has attempted to obtain these items, if they exist, directly from Mr. Kharazi. Furthermore, Mr. Kharazi has stated, under penalty of perjury, that his office provided Plaintiff with all of his documents/files and that there are no other documents in its possession.  (ECF No. 85, p. 2.)  The Court cannot order production of documents that are not available.

For these reasons, Plaintiff's motion for production of documents previously prepared by court-appointed counsel is DENIED.

IT IS SO ORDERED.

Dated:    **March 21, 2014**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE