1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11  ANTHONY CRAIG HUCKABEE,              )   Case No.: 1:09-cv-00749-LJO-BAM PC
                                         )
12              Plaintiff,               )   ORDER GRANTING PLAINTIFF'S MOTION
                                         )   REQUESTING STATUS OF REMAINING
13      v.                               )   DEFENDANTS
                                         )   (ECF No. 99)
14  MEDICAL STAFF at CSATF, et al.,      )
                                         )
15              Defendants.              )
                                         )
16  _____ )

17         Plaintiff Anthony Craig Huckabee ("Plaintiff"), a state prisoner proceeding pro se and in forma

18  pauperis, initiated this civil rights action pursuant to 42 U.S.C. § 1983 on April 28, 2009.  This action

19  proceeds on Plaintiff's second amended complaint, filed on August 21, 2012, for deliberate

20  indifference to a serious medical need in violation of the Eighth Amendment against Defendants

21  McGuiness, Wu, Nguyen, Garcia, Jimenez, Jeffreys, Chief Medical Officer at CSATF, and Chief

22  Pharmacist at CSATF.

23         On December 26, 2013, Plaintiff filed a motion requesting the status of Defendants Jimenez

24  and McGuinness.  (ECF No. 99, p. 2.)  Generally, the Court does not provide status updates in

25  individual matters given the sheer volume of pro se cases filed in this judicial district.  However, the

26  Court will make an exception in this instance because Plaintiff formerly proceeded with counsel and

27  now proceeds pro se.  As such, and for this one time, Plaintiff's request for status is GRANTED.

28

Based on the Court's record, Defendants Jimenez and McGuiness remain unserved.  With respect to Defendant Jimenez, the U.S. Marshals Service returned the summons unexecuted on January 17, 2014.  (ECF No. 115.)  The Court has issued a concurrent order directing Plaintiff to show cause why Defendant Jimenez should not be dismissed from this action.  With respect to Defendant McGuiness, the Court does not have any record regarding execution of the summons to date.

IT IS SO ORDERED.

Dated:   **March 21, 2014**                    /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE