UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE,<br><br>  Plaintiff,<br><br>  v.<br><br>MEDICAL STAFF at CSATF, et al.,<br><br>  Defendants. | Case No.: 1:09-cv-00749-LJO-BAM PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR DEFERMENT OF OBLIGATION TO REPLY<br>(ECF No. 122) |

Plaintiff Anthony Craig Huckabee ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, initiated this civil rights action pursuant to 42 U.S.C. § 1983 on April 28, 2009. This action proceeds on Plaintiff's second amended complaint, filed on August 21, 2012, for deliberate indifference to a serious medical need in violation of the Eighth Amendment against Defendants McGuiness, Wu, Nguyen, Garcia, Jimenez, Jeffreys, Chief Medical Officer at CSATF, and Chief Pharmacist at CSATF.

On December 26, 2013, Defendants Wu and Nguyen filed an answer to Plaintiff's second amended complaint. (ECF No. 102.) On February 18, 2014, Plaintiff filed a motion requesting that the Court defer his responsibility to file a reply to Defendants' answer until after the Court resolves the pending motions for reconsideration and for dismissal. (ECF No. 122.)

The Federal Rules of Civil Procedure provide that there shall be a complaint, an answer to a complaint, and, if the court orders one, a reply to an answer. Fed. R. Civ. P. 7(a). The Court has not

ordered a reply to Defendants' answer and declines to make such an order.  Accordingly, Plaintiff's request for deferment of the responsibility to file a reply to Defendants' answer until after resolution of the pending motions is DENIED.

IT IS SO ORDERED.

   Dated:   **March 24, 2014**                     /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE