UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE,<br><br>  Plaintiff,<br><br>  v.<br><br>MEDICAL STAFF at CSATF, et al.,<br><br>  Defendants. | Case No.: 1:09-cv-00749-LJO-BAM PC<br><br>ORDER GRANTING DEFENDANT GARCIA'S MOTION TO AMEND DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 104) |

Plaintiff Anthony Craig Huckabee ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, initiated this civil rights action pursuant to 42 U.S.C. § 1983 on April 28, 2009. This action proceeds on Plaintiff's second amended complaint, filed on August 21, 2012, for deliberate indifference to a serious medical need in violation of the Eighth Amendment against Defendants McGuiness, Wu, Nguyen, Garcia, Jimenez, Jeffreys, Chief Medical Officer at CSATF, and Chief Pharmacist at CSATF.

On December 26, 2013, Defendants Wu and Nguyen filed an answer to the complaint. (ECF No. 103.) Thereafter, on December 30, 2013, the Court issued a Discovery and Scheduling Order, which included deadlines for completion of discovery and the filing of dispositive motions. (ECF No. 103.)

On December 30, 2013, Defendant Garcia filed the instant motion requesting that the Court exclude him from the provisions of the Discovery and Scheduling Order. Defendant Garcia explained

1

that he filed an amended motion to dismiss on August 2, 2013, which remains pending before the Court. (ECF No. 104.)

Although unnecessary, Defendant Garcia's motion is GRANTED. The Court's Discovery and Scheduling Order is intended to apply solely to those defendants that have filed an answer in this action. In the event another defendant files an answer in this action, the Court will issue a separate order concerning the discovery deadlines applicable to that defendant.

IT IS SO ORDERED.

Dated: **March 24, 2014**         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE