UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE,<br><br>  Plaintiff,<br><br>  v.<br><br>MEDICAL STAFF at CSATF, et al.,<br><br>  Defendants. | Case No.: 1:09-cv-00749-LJO-BAM PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT MCGUINNESS<br>(ECF Nos. 103, 135)<br><br>Amended Unenumerated Rule 12(b) Motion Deadline—May 28, 2014 |

Defendant McGuinness filed an answer to Plaintiff's second amended complaint on March 27, 2014.  Accordingly, application of the discovery and scheduling order filed on December 30, 2013, is HEREBY EXTENDED to Defendant McGuinness, and the unenumerated Rule 12(b) motion deadline set in that order is EXTENDED to **May 28, 2014**, as to Defendant McGuinness.

IT IS SO ORDERED.

Dated:   **March 28, 2014**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

1