UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDICAL STAFF at CSATF, et al.,<br><br>    Defendants. | Case No.: 1:09-cv-00749-LJO-BAM PC<br><br>ORDER GRANTING PLAINTIFF A SECOND EXTENSION OF TIME TO SHOW CAUSE WHY DEFENDANT JIMENEZ SHOULD NOT BE DISMISSED FROM THIS ACTION FOR FAILURE TO PROVIDE SUFFICIENT INFORMATION TO EFFECTUATE SERVICE (ECF No. 115, 130, 142, 143, 150)<br><br>THIRTY-DAY DEADLINE |

### I.  Introduction

Plaintiff Anthony Craig Huckabee ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, initiated this civil rights action pursuant to 42 U.S.C. § 1983 on April 28, 2009. This action proceeds on Plaintiff's second amended complaint, filed on August 21, 2012, for deliberate indifference to a serious medical need in violation of the Eighth Amendment against Defendants McGuiness, Wu, Nguyen, Garcia, Jimenez, Jeffreys, Chief Medical Officer at CSATF, and Chief Pharmacist at CSATF.

### II.  Service by the United States Marshal

On September 10, 2012, following screening of the second amended complaint, the Court issued an order directing the United States Marshal to initiate service of process in this action upon Defendants Diaz, McGuiness, Wu, Bhatt, Nguyen, Garcia, Jimenez and Jeffreys . (ECF No. 37.) On

January 17, 2014, the United States Marshal filed a return of service unexecuted as to Defendant Jimenez. (ECF No. 115.)

On March 24, 2014, the Court issued an order requiring Plaintiff to show cause why Defendant Jimenez should not be dismissed from this action. (ECF No. 130.) On April 3, 2014, Plaintiff filed a response to the show cause order. In his response, Plaintiff details his efforts to obtain an address for serving Defendant Jimenez, RN. The Court found that Plaintiff had been diligent in his efforts to obtain accurate and sufficient information to effect service of the summons and complaint and extended the deadline for Plaintiff to provide information to serve Defendant Jimenez an additional thirty days. (ECF No. 143.)

On June 9, 2014, Plaintiff filed a notice detailing his efforts to obtain information for service of Defendant Jimenez. Plaintiff reports that he continues to seek information through discovery in this matter and he also has submitted a public records request. Plaintiff requests that this Court withhold from dismissing Defendant Jimenez until Plaintiff receives information from the sources he has contacted. (ECF No. 150.)

The Court finds that Plaintiff continues to be diligent in his efforts to obtain information for service of Defendant Jimenez. Accordingly, the Court will extend the deadline a second time for Plaintiff to provide information to identify Defendant Jimenez for service. However, if Plaintiff is unable to provide the Marshal with additional information, then Defendant Jimenez shall be dismissed from this action without prejudice.

**III.   Conclusion and Order**

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff is granted a second extension of time to respond to the Court's order to show cause why Defendant Jimenez should not be dismissed from the action;

2. Within thirty (30) days from the date of service of this order, Plaintiff shall show cause why Defendant Jimenez should not be dismissed from this action; and

///

///

3. <u>The failure to respond to this order or the failure to show cause will result in the dismissal of Defendant Jimenez from this action.</u>

IT IS SO ORDERED.

Dated:   **June 11, 2014**                    /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

3