# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDICAL STAFF at SATF, et al.,<br><br>    Defendants. | 1:09-cv-00749-LJO-BAM (PC)<br><br>ORDER RECALLING SECOND ORDER DIRECTING SERVICE OF DEFENDANT JIMENEZ BY THE UNITED STATES MARSHALS SERVICE<br>(ECF No. 154) |

      Plaintiff Anthony Craig Huckabee ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint, filed on August 21, 2012, for deliberate indifference to a serious medical need in violation of the Eighth Amendment against Defendants McGuiness, Wu, Nguyen, Jimenez, Jeffreys, Chief Medical Officer at CSATF, and Chief Pharmacist at CSATF.

      On June 25, 2014, Plaintiff filed a motion for an extension of time to file an amended complaint. (ECF No. 152.)

      On July 2, 2014, the Court issued a second order directing service of Defendant Jimenez by the United States Marshals Service with the second amended complaint. (ECF No. 154.)

On July 9, 2014, Plaintiff lodged his third amended complaint. (ECF No. 158.) On July 16, 2014, Defendants Jeffreys, McGuiness, Nguyen and Wu filed a statement of non-opposition to Plaintiff's filing of a third amended complaint. (ECF No. 160.)

By separate order, the Court has granted Plaintiff leave to file a third amended complaint. Therefore, the Court will recall its service of the second amended complaint on Defendant Jimenez and will screen the third amended complaint once it is filed.

For the reasons stated, IT IS HEREBY ORDERED as follows:

1. The second order directing the United States Marshals Service to serve Defendant F. Jimenez with the second amended complaint, issued on July 2, 2014, is RECALLED; and

2. The Clerk's Office is directed to serve a copy of this order on the United States Marshals Service.

IT IS SO ORDERED.

Dated: **July 17, 2014**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE