1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   ANTHONY CRAIG HUCKABEE,                )   1:09-cv-00749-LJO-BAM (PC)
                                            )
10          Plaintiff,                      )   ORDER DENYING DEFENDANT
                                            )   JEFFREYS' MOTION TO DIMSISS THE
11      v.                                  )   SECOND AMENDED COMPLAINT AS
                                            )   MOOT
12  MEDICAL STAFF at CSATF, et al.,         )
                                            )   (ECF No. 95)
13          Defendants.                     )
                                            )
14  _____)

15          Plaintiff Anthony Craig Huckabee ("Plaintiff"), a state prisoner proceeding pro se and in

16  forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983.  On August 21, 2012,

17  Plaintiff filed a second amended complaint.  (ECF No. 33.)  This action proceeds against

18  Defendants McGuiness, Wu, Nguyen, Jimenez, Jeffreys, Chief Medical Officer at CSATF, and

19  Chief Pharmacist at CSATF.[1]  On December 9, 2013, Defendant Jeffreys filed a motion to

20  dismiss the second amended complaint pursuant to Federal Rule of Civil Procedure 12(b) for

21  failure to state a claim against him.  (ECF No. 95.)

22          On July 9, 2014, Plaintiff lodged a third amended complaint.  (ECF No. 158.)  On July

23  16, 2014, Defendants McGuiness, Wu, Jeffreys and Nguyen filed a statement of non-opposition

24  to Plaintiff's filing of a third amended complaint.  (ECF No. 160.)  On July 21, 2014, the Court

25  construed Plaintiff's lodged third amended complaint as a request for leave to amend.  Given

26  Defendants' stated non-opposition, the Court granted Plaintiff's request and directed him to file a

27

28  _____
    [1] Defendant Jimenez has not been served or appeared yet in this action.

1

1  comprehensive third amended complaint within thirty days.  (ECF No. 162.)  On August 14,

2  2014, Plaintiff filed his third amended complaint.  (ECF No. 165.)

3       As Plaintiff has filed a third amended complaint, Defendant Jeffreys' motion to dismiss

4  the second amended complaint is DENIED as moot.   The Court will screen Plaintiff's third

5  amended complaint in due course.

6  IT IS SO ORDERED.

7       Dated:   __August 18, 2014__                    ___/s/ Lawrence J. O'Neill___

8                                                             UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28