UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE,<br><br>    Plaintiff,<br><br>  v.<br><br>MEDICAL STAFF at CSATF, et al.,<br><br>    Defendants. | 1:09-cv-00749-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DEFENDANT GARCIA'S MOTION FOR CERTIFICATION OF JUDGMENT<br>(ECF Nos. 168, 173) |

  Plaintiff Anthony Craig Huckabee ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on April 28, 2009.

  On May 26, 2015, the Magistrate Judge issued Findings and Recommendations that Defendant Garcia's motion for certification of judgment be granted and that final judgment be entered in this action in favor of Defendant Garcia. The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days. (ECF No. 173.) More than fourteen days have passed and no objections have been filed.

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on May 26, 2015, are adopted in full;
2. Defendant Garcia's motion for certification of judgment is GRANTED; and
3. Final judgment shall be entered in this action in favor <u>only</u> of Defendant Garcia.

IT IS SO ORDERED.

Dated:   **June 22, 2015**                             /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE

4.

2