# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCAKBEE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MEDICAL STAFF AT CSATF, et al.,<br><br>　　　　　Defendants. | Case No. 1:09-cv-00749-DAD-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS WU, MCGUINNESS, AND JEFFREYS TO FILE RESPONSIVE PLEADING TO FIFTH AMENDED COMPLAINT<br><br>(ECF Nos. 195, 199)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Anthony Craig Huckabee ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on April 28, 2009. (ECF No. 1.)

The Court has screened Plaintiff's fifth amended complaint under 28 U.S.C. § 1915A, and found that it stated cognizable claims against Defendants Wu, McGuiness, Enenmoh, Jeffreys, and Jimenez in their individual capacities for deliberate indifference to serious medical needs in violation of the Eighth Amendment. (ECF No. 195, 199.) The Court has dismissed all other claims and defendants based on Plaintiff's failure to state claims upon which relief may be granted. (ECF No. 199.)

///

///

///

1

Accordingly, it IS HEREBY ORDERED that Defendants Dr. Wu, Dr. McGuinness, and RN Jeffreys shall file an answer to the fifth amended complaint or other responsive pleading within **fourteen (14) days** from the date of service of this order.  Fed. R. Civ. P. 15(a)(3).

IT IS SO ORDERED.

Dated: **April 19, 2017**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE