# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDICAL STAFF AT CSATF, et al.,<br><br>    Defendants. | Case No. 1:09-cv-00749-DAD-BAM (PC)<br><br>ORDER FOR SUBSTITUTION OF ATTORNEY<br><br>(ECF No. 206) |

Pursuant to the request for substitution of attorney, the Court hereby orders that the request of Defendant P. McGuinness, M.D. to substitute Susan E. Coleman of Burke, Williams & Sorensen, LLP, as attorney of record in place and stead of the Office of the Attorney General, Joanna Breiden Hood, Deputy Attorney General, is HEREBY GRANTED.

IT IS SO ORDERED.

    Dated: **June 1, 2017**            /s/ Barbara A. McAuliffe
                                                                   UNITED STATES MAGISTRATE JUDGE