# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL STAFF AT CSATF, et al.,<br><br>Defendants. | Case No. 1:09-cv-00749-DAD-BAM (PC)<br><br>ORDER VACATING DISCOVERY AND SCHEDULING ORDER OF JUNE 20, 2017<br>(ECF No. 220)<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER OF JUNE 16, 2017 TO DEFENDANTS ENENMOH, JIMENEZ, WU, AND JEFFREYS<br>(ECF Nos. 216, 218) |

Plaintiff Anthony Craig Huckabee ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's fifth amended complaint against Defendants Wu, McGuinness, Enenmoh, Jeffreys, and Jimenez in their individual capacities for deliberate indifference to serious medical needs in violation of the Eighth Amendment. (ECF No. 195, 199.)

On June 15, 2017, Defendant McGuinness filed an answer to the fifth amended complaint. (ECF No. 212.) On June 16, 2017, the Court issued a discovery and scheduling order setting forth discovery procedures and filing deadlines. (ECF No. 216.) On June 19, 2017, Defendants Enenmoh, Jimenez, and Wu filed their answer to the fifth amended complaint, (ECF No. 217), and Defendant Jeffreys filed a motion to dismiss, (ECF No. 218). The Court issued a second discovery and scheduling order on June 20, 2017, which also set forth discovery procedures and

1

filing deadlines.  (ECF No. 220.)

Accordingly, it is HEREBY ORDERED that:

1. The discovery and scheduling order of June 20, 2017, (ECF No. 220), is VACATED; and

2. Application of the discovery and scheduling order of June 16, 2017, (ECF No. 216), is EXTENDED to Defendants Enenmoh, Jimenez, Wu, and Jeffreys.

IT IS SO ORDERED.

Dated: **June 20, 2017**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE