# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL STAFF AT CSATF, et al.,<br><br>Defendants. | Case No. 1:09-cv-00749-DAD-BAM (PC)<br><br>ORDER STRIKING PLAINTIFF'S RESPONSES TO DEFENDANTS' ANSWERS<br><br>(ECF Nos. 225, 226) |

Plaintiff Anthony Craig Huckabee ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's fifth amended complaint against Defendants Wu, McGuinness, Enenmoh, Jeffreys, and Jimenez in their individual capacities for deliberate indifference to serious medical needs in violation of the Eighth Amendment. (ECF Nos. 195, 199.)

On June 15, 2017, Defendant McGuiness answered Plaintiff's complaint. (ECF No. 212.) On June 19, 2017, Defendants Enenmoh, Jimenez, and Wu answered Plaintiff's complaint. (ECF No. 217.) On July 12, 2017, Plaintiff filed responses to both answers. (ECF Nos. 225, 226.)

In relevant part, the Federal Rules of Civil Procedure provide that there shall be a complaint, an answer to a complaint, and, if the court orders one, a reply to an answer. Fed. R. Civ. P. 7(a). The Court has not ordered a reply to Defendants' answers and declines to make such an order.

1

Accordingly, Plaintiff's responses to Defendants' answers, filed on July 12, 2017, (ECF Nos. 225, 226), are HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: **July 13, 2017**        /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE