# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE, | Case No. 1:09-cv-00749-DAD-BAM (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR DOCKET |
| v. | (ECF No. 265) |
| MEDICAL STAFF AT CSATF, et al., | ORDER DIRECTING CLERK OF COURT TO MAIL PLAINTIFF A COPY OF DOCKET SHEET FROM OCTOBER 1, 2017 TO PRESENT |
| Defendants. | |

Plaintiff Anthony Craig Huckabee ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's fourth amended complaint against Defendants Wu, McGuiness, Enenmoh, and Jimenez for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment.

Currently before the Court is Plaintiff's motion for a copy of the docket in this action between October 2017 and the present. (ECF No. 265.) It is unclear whether Plaintiff requests copies of all documents filed during this time, or merely a copy of the docket entries for that time period.

Generally, the Clerk's Office will provide copies for Plaintiff at a cost of $0.50 per page. Under the circumstances, the Court will make a one-time exception and will direct the Clerk's

Office to provide a copy of the docket entries in this action from October 1, 2017 to the present to Plaintiff at no charge. However, Plaintiff is advised that any further copies will need to be paid for by Plaintiff, and that it is his responsibility to maintain copies of all documents submitted to the Court for filing. Plaintiff is further advised that no motions or orders are pending which currently require a response.

Accordingly, it is HEREBY ORDERED that:

1.     Plaintiff's motion for docket, (ECF No. 265), is GRANTED; and

2.     The Clerk's Office shall mail a copy of the docket entries in this action, dated October 1, 2017 to the present, to Plaintiff at his current address of record.

IT IS SO ORDERED.

Dated:   **May 22, 2018**                           /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE