# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAIG HUCKABEE,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL STAFF AT CSATF, et al.,<br><br>Defendants. | Case No. 1:09-cv-00749-DAD-BAM (PC)<br><br>ORDER SETTING DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>Discovery Deadline: **January 21, 2019**<br>Dispositive Motion Deadline: **March 22, 2019** |

Plaintiff Anthony Craig Huckabee ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's fifth amended complaint against Defendants Wu, Jimenez, and McGuinness for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment. Specifically, Plaintiff's claims are against: (1) Defendant Wu for reducing the strength of Plaintiff's prescription eye drops on December 21, 2004; (2) Defendant Jimenez for assuring Plaintiff that he would personally handle Plaintiff's refill request for his eye drops on July 12, 14, and 18, 2005, but the medication was not refilled; and (3) Defendant McGuinness, who was aware of the delay in Plaintiff's glaucoma medication in May 2005 and February 2006. (ECF Nos. 272, 274.)

On June 13, 2018, the Court vacated the discovery and dispositive motion deadlines in order to resolve the pending motion for summary judgment based on Plaintiff's failure to exhaust

1

administrative remedies for his claims against all defendants.  (ECF No. 269.)  The motion for summary judgment was granted in part and denied in part pursuant to the District Judge's order of September 30, 2018.  (ECF No. 274.)

Accordingly, the Court finds it appropriate and necessary to reset the discovery and dispositive motion deadlines.  Fed. R. Civ. P. 16.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The deadline for the completion of all discovery, including filing all motions to compel discovery, shall be **January 21, 2019**.  Absent good cause, discovery motions will not be considered if filed after the discovery deadline.  Therefore, discovery requests and deposition notices must be served sufficiently in advance of the discovery deadline to permit time for a response and time to prepare and file a motion to compel.
2. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) shall be **March 22, 2019**.
3. Any request for an extension of these deadlines must be filed on or before the expiration of the deadline.  <u>However, the parties are advised that an extension of time will only be granted upon a clear showing of good cause</u>.

IT IS SO ORDERED.

Dated: __**October 24, 2018**__    ____/s/ *Barbara A. McAuliffe*____
                                                  UNITED STATES MAGISTRATE JUDGE